**Order issued February 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-00978-CR**
**No. 05-13-00979-CR**

---

**ROY CURTIS STUART, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Chief Justice Wright and Justices Myers and Brown

Based on the Court's opinion of this date, we **GRANT** the September 17, 2014 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Roy Curtis Stuart, Jr., TDCJ No. 1870750, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas, 75884.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE